UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

NICOLE GREENE,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:17-cv-281

District Judge Walter H. Rice
Magistrate Judge Michael J. Newman

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE: FULL CONSENT JURISDICTION

Upon unanimous consent of the parties hereto (doc. 7), and pursuant to 28 U.S.C. § 636(c), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman for all further proceedings herein, whether or not dispositive, the entry of judgment, and any related matters including, but not limited to, petitions for attorney's fees.

**IT IS SO ORDERED.**

Date: 11.2.17

Walter H. Rice
United States District Judge